## No. 9.

### HURD *against* BARBER. *Bennington*, 1817.

COURT will not, in all cases, refuse to grant a new trial, where the cause stated, is the discovery of new and important testimony, although it is to a point litigated at the trial. The case must, however, be a strong one, to induce the Court to interfere.

## No. 10.

### BARRETT *against* BARRETT. *Windsor*, 1817.

IN a case where the party had good reason to believe two material witnesses would be present at the trial, and commenced the trial, without moving for a continuance, and it is shewn that one of said witnesses was taken suddenly sick, and the other fractured his leg, and both were thereby prevented attending the Court.

The Court granted a new trial, on terms.

## No. 11.

### STATE *against* GODFREY. *Windsor*, 1817.

JURORS may not separate, after being sworn, in a capital case.

A person who has *expressed* his opinion, is not a competent Juror. Respondent is permitted to ask a Juror if he has formed his opinion, in order to enable him to decide upon his PEREMPTORY challenges.

New trial granted.